# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

_____

**THE UNITED STATES OF AMERICA**

-vs-

**ROBERT IAN THATCHER**,
**JESUS RIVERA**, and
**TERRANCE WASHINGTON**

APRIL 2017 GRAND JURY
(Impaneled 04/28/2017)

## INDICTMENT

Violation:
21 U.S.C. § 846
(1 Count)

### COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

From in or about 2015, the exact date being unknown to the Grand Jury, through and including on or about May 16, 2017, in the Western District of New York, and elsewhere, the defendants, ROBERT IAN THATCHER, JESUS RIVERA, and TERRANCE WASHINGTON, did knowingly, willfully and unlawfully combine, conspire, confederate and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is:

(a)   from in or about 2015 to November 28, 2016, to manufacture, to possess with intent to distribute, and to distribute, 100 grams or more of a mixture and substance containing a detectable amount of furanyl fentanyl, a Schedule I controlled substance analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) as defined in Title 21, United States Code, Section 802(32), knowing that the mixture and substance was

2

intended for human consumption as provided in Title 21, United States Code, Section 813, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

    (b)    from November 14, 2016, to on or about May 16, 2017, to manufacture, to possess with intent to distribute, and to distribute, a quantity of U-47700, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and

    (c)    from November 29, 2016, to on or about May 16, 2017, to manufacture, to possess with intent to distribute, and to distribute, a quantity of furanyl fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

DATED:    Rochester, New York, June 27, 2017.

                                                           JAMES P. KENNEDY, JR.
                                                           Acting United States Attorney

By:    s/Brett A. Harvey
        BRETT A. HARVEY
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        (585) 399-3949
        Brett.Harvey@usdoj.gov

A TRUE BILL:

s/Foreperson
FOREPERSON